```
          IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

**UNITED STATES OF AMERICA,**       )
    Plaintiff,             ) **D.C. CR. No. 2004/133**
                            )
    v.                      )
                            )
**JOSÉ PEÑA**,                      )
    Defendant.              )
_____ )

```
                      O R D E R
```

**THIS MATTER** is before the Court on Defendant Jose Pena's *pro se* motion requesting a copy of the plea agreement. It is hereby

**ORDERED** that Defendant's *pro se* motion requesting a copy of the plea agreement is **GRANTED**; and finally

**ORDERED** that the Clerk's office shall send Defendant a copy of the Plea Agreement filed on October 24, 2005 (docket entry #60).

**DONE AND SO ORDERED** this 25 day of April 2008.

                         **E N T E R:**

                         /s/
                     _____
                     **RAYMOND L. FINCH**
                     **DISTRICT JUDGE**

**Copies to:**
    Geoffrey W. Barnard, Magistrate Judge
    José Peña, Reg. No. 07435-094, Correctional Institution Pine Prairie, 1133 Hampton Dupre Road, 1133 Hampton Dupre Road, Pine Prairie, LA 70576 (Please Mark: "LEGAL MAIL: OPEN IN PRESENCE OF INMATE ONLY")
    United States Attorney
    George Hodge, Esq.
    Law Clerk-TLB
    C. Jackson